## Commonwealth *v.* Reese, Appellant.

Submitted November 11, 1974. *Nicholas J. Mikesic,* Assistant Public Defender, for appellant; *James A. Nelson,* First Assistant District Attorney, and *Caram J. Abood,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Robinson, Appellant.

Submitted December 2, 1974. *George Gershenfeld,* for appellant; *Glenn S. Gitomer, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.